

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2014

<u>BY HAND DELIVERY AND ECF</u>

The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

      Re:   United States v. John Doe
            <u>Misc. Docket No. 14-1469</u>

Dear Judge Go:

      A proceeding in the above referenced case is scheduled for November 12, 2014 before Your Honor.   The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.   Counsel for the defendant has been advised and provided with a copy of this letter and the motion and proposed order.

        The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for November 12, 2014 at 4:30 p.m. in courtroom 11C South.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                       By:    /s/ Samuel P. Nitze
                                    Seth D. DuCharme
                                    Alexander Solomon
                                    Samuel P. Nitze
                                    Assistant U.S. Attorneys
                                    718-254-6021/6074/6465

cc:      Michelle Gelernt, Esq. (via electronic mail)
          Len Kamdang, Esq. (via electronic mail)
          Kannan Sundaram, Esq. (via electronic mail)