

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2014

BY HAND DELIVERY AND ECF

The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

        Re:    United States v. John Doe
                  Misc. Docket No. 14-1469

Dear Judge Go:

      A proceeding in the above referenced case is scheduled for November 12, 2014 before Your Honor.   The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.   Counsel for the defendant has been advised and provided with a copy of this letter and the motion and proposed order.

   The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for November 12, 2014 at 4:30 p.m. in courtroom 11C South.

               Respectfully submitted,

               LORETTA E. LYNCH
               United States Attorney

         By:  /s/ Samuel P. Nitze
             Seth D. DuCharme
             Alexander Solomon
             Samuel P. Nitze
             Assistant U.S. Attorneys
             718-254-6021/6074/6465

cc:  Michelle Gelernt, Esq. (via electronic mail)
   Len Kamdang, Esq. (via electronic mail)
   Kannan Sundaram, Esq. (via electronic mail)